# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Salvador Aguiar Jimenez**<br>DOB: 1964; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-00033MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 28, 2023, at or near Lukeville, in the District of Arizona, **Salvador Aguiar Jimenez** did knowingly and intentionally possess with intent to distribute a quantity of methamphetamine, or a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 28, 2023, at approximately 5:45 p.m., **Salvador Aguiar JIMENEZ** applied for admission into the United States from the Republic of Mexico at the Lukeville, Arizona Port of Entry. **JIMENEZ** was the driver, sole occupant, and registered owner of a 2001 Toyota Tacoma. The primary Customs and Border Protection Officer (CBPO) conducted an inbound inspection of **JIMENEZ** and the vehicle. Upon moving the back seat to inspect the factory compartment area, the CBPO observed vacuum sealed packages. The CBPO observed that **JIMENEZ** appeared nervous with his hands shaking. **JIMENEZ** told the CBPO he was traveling from Rocky Point to his home in Phoenix. **JIMENEZ** was removed from the vehicle and he was escorted to a secure area for a pat down where $4,050 was discovered on his person. The vehicle was then referred to secondary for inspection. CBPOs x-rayed the vehicle and observed anomalies near the rear bench seats. CBPOs searched the vehicle and discovered 45 packages of suspected narcotics concealed in factory-compartments under the back seats. The packages were located in such a way that only someone with access to the inside of the vehicle could retrieve them.

A representative sample of the contents of the packages was field tested and yielded positive results for the characteristics of methamphetamine. The packages of methamphetamine weighed 20.84 kilograms. CBPOs also discovered an additional $1,200 wrapped in a clear bag in the middle of a reflective vest, tucked inside **JIMENEZ's** backpack.

After waiving his *Miranda* rights, **JIMENEZ** stated that on January 27, 2023, he was approached in Puerto Peñasco, Sonora, Mexico, by men wearing masks and armed with guns. **JIMENEZ** said the men took his Tacoma and he walked home. **JIMENEZ** stated the Tacoma was returned to him on January 28, 2023. **JIMENEZ** stated he never asked what was done to his vehicle and he did not look to find out. **JIMENEZ** stated he made a mistake, and that further information would not help his situation. **JIMENEZ** told interviewing agents that he was told to drive his vehicle to Phoenix, Arizona, and to stop at a specific exit. **JIMENEZ** stated he was supposed to then put the vehicle hazard lights on and wait for a vehicle. **JIMENEZ** said he travels to Mexico to sell household goods like tables and speakers. When agents asked about the currency **JIMENEZ** had in his possession, he claimed it was from the sale of a Honda Odyssey. **JIMENEZ** did not have any documentation to verify the vehicle sale.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]*<br>1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54<br>Reviewed by: AUSA Price | SIGNATURE OF COMPLAINANT (official title)<br>DOMINIQUE G MCKENNA  *Digitally signed by DOMINIQUE G MCKENNA Date: 2023.01.30 11:20:52 -07'00'*<br><br>OFFICIAL TITLE<br>SA Dominique McKenna<br>Homeland Security Investigations<br><br>DATE<br>January 30, 2023 |